Christopher M. Schierloh (CS-6644)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF NORTH
AMERICA a/s/o UNIVERSAL LEAF TOBACCO CO.

                Plaintiff,

   - against -

M/V MSC BATAVE, her tackle, boilers, engines, etc; *in rem*;
MEDITERRANEAN SHIPPING COMPANY S.A. *in personam*

               Defendants.
-----------------------------------------------------------------X

2007 Civ.

**FRCP Rule 7.1**
**DISCLOSURE STATEMENT**

    NOW comes plaintiff, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o UNIVERSAL LEAF TOBACCO CO.., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

    ACE LIMITED is the publicly traded parent company of INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. UNIVERSAL LEAF TOBACCO CO. is a subsidiary of the UNIVERSAL CORPORATION, which is a publicly traded company (UVV).

Dated: New York, New York
       September 20, 2007

                                      Casey & Barnett, LLC
                                      Attorneys for Plaintiff

                              By: _____
                                 Christopher M. Schierloh (CS-6644)
                                 317 Madison Avenue, 21st Floor
                                 New York, New York 10017
                                 (212) 286-0225