LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
MEDITERRANEAN SHIPPING COMPANY S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o UNIVERSAL
LEAF TOBACCO CO.

                Plaintiff

        -against-

M/V MSC BATAVE, her tackle, boilers, engines, etc;
*In rem;* MEDITERRANEAN SHIPPING COMPANY
S.A. *In personam*
                Defendants.
-----------------------------------------------------------------X

ECF CASE

07 Civ. 8210 (BSJ)

RULE 7.1
**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendant, MEDITERRANEAN SHIPPING COMPANY S.A., certifies upon information and belief that said Defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the Defendant which are otherwise publicly held in the United States.

Dated: October 22, 2007
      New York, New York

                        LYONS & FLOOD, LLP
                        Attorneys for Defendant
                        MEDITERRANEAN SHIPPING COMPANY S.A.

By: _____
        Edward P. Flood (EPF-5797)
        65 West 36th Street, 7th Floor
        New York, NY 10018
        (212) 594-2400

U:\FLOODDOC\2549104\Pleadings\Rule 7.1 Disclosure Statement.doc