```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Indemnity Insurance Company of
North America
          Plaintiff,

     -against-

Mediterranean Shipping Co., S.A.
          Defendant.
----------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 8210(BSJ) (JCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Habeas Corpus

___ Social Security

___ Settlement*

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

___ Inquest After Default/Damages Hearing

Particular Motion:_____

All such motions: ____

---

* Do not check if already referred for general pretrial.
SO ORDERED.
DATED: New York, New York

United States District Judge

5/5/08